**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andrew WHITE, a.k.a. Andre White,**
**Defendant–Appellant.**

**No. 10–13530**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 26, 2011.

Patricia L. Diaz, United States Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Jennifer Daley, Attorney at Law, Fott Lauderdale, FL, for Defendant–Appellant.

Andrew White, Washington, MS, pro se.

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

BY THE COURT:

Jennifer Daley, appointed counsel for Andrew White in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and White's conviction and sentence are **AFFIRMED.**